**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

CIVIL ACTION NO. 2:23-cv-25-DLB-CJS

UNITED STATES OF AMERICA                                                                      PLAINTIFF

VS.             **PLAINTIFF'S MOTION FOR ORDER
                 AND FINAL DECREE OF FORFEITURE**

$26,980.00 IN UNITED STATES CURRENCY                                              DEFENDANT

\* \* \* \* \*

The United States of America respectfully moves this Court for entry of an Order and Final Decree of Forfeiture. Said Motion is supported by the previously filed Verified Complaint for Forfeiture *In Rem,* the Affidavit of John M. Spires, and Stipulated Settlement Agreement, attached. A Proposed Order and Final Decree of Forfeiture is submitted herewith.

                          Respectfully submitted,

                          CARLTON S. SHIER, IV
                          UNITED STATES ATTORNEY

By:    s/ John M. Spires
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507
        Phone: (859) 233-2661
        Fax: (859) 233-2658
        E-mail: john.spires@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send the notice of electronic filing to all counsel of record.

s/ John M. Spires
Assistant U.S. Attorney
