AFFIDAVIT IN SUPPORT OF
MOTION FOR FINAL ORDER OF FORFEITURE
Case No. 2:23-cv-25-DLB-CJS

I, John M. Spires, being first duly sworn, depose and say:

1. I am an Assistant United States Attorney for the Eastern District of Kentucky.

2. This Affidavit is executed for the purpose of enabling the United States to obtain a final order of forfeiture of the defendant property.

3. On February 17, 2023, the Plaintiff filed a verified complaint *in rem* for forfeiture, alleging that the defendant property should be forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

4. Written notice of the forfeiture action was served upon Anthony R. Cicero, attorney for Antonio Streety, and a claim and answer were filed in this action.

5. Notice of this civil forfeiture action was published for 30 consecutive days on an official Government internet site (www.forfeiture.gov) beginning on February 22, 2022. (Ex. A: Declaration of Publication)

6. The warrant of arrest *in rem,* issued by the Clerk on February 17, 2023 [DE 4], was duly executed on the defendant currency by a Deputy United States Marshal, pursuant to Supplemental Rule G(3)(b) & (c) [DE 5].

7. Pursuant to Supplemental Rule G(5)(a) & (b), any other claimant to the defendant currency was required to file a claim no later than 60 days after the first publication of notice on the official government website, which time expired on

April 23, 2023. No extensions to these time limits have been requested, consented to, or granted by this Court.

8. No other person or entity has filed either a claim or an answer to the complaint for forfeiture, or has otherwise appeared or answered in this regard, and the time to do so has expired.

9. Upon information and belief, no person or entity thought to have an interest in the defendant currency is an infant, incompetent, or presently engaged in military service.

10. The United States and Antonio Streety have agreed to settle this matter on the terms set forth in the Stipulated Settlement Agreement, attached hereto as Ex. B.

I declare under penalty of perjury, as provided by federal law, that the foregoing statements are true.

_____
John M. Spires
Assistant United States Attorney