UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:23-cv-25-DLB-CJS

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.          STIPULATED SETTLEMENT AGREEMENT

$26,980.00 IN UNITED STATES CURRENCY                              DEFENDANT

\* \* \* \* \*

IT IS HEREBY STIPULATED by and between the plaintiff, United States of America, on the one hand, and Antonio Streety, hereinafter referred to as "Claimant," on the other, by and through their respective attorneys, to compromise and settle his claim to the defendant currency according to the following terms:

1. The Claimant agrees to forfeit $16,480.00 of the seized currency.

2. The United States shall return $10,500.00 of the seized currency to the Claimant.

3. Each party shall bear its own costs and attorney's fees.

4. The Claimant agrees to release and hold harmless the Department of Justice, United States Attorney=s Office, the Drug Enforcement Administration, and any agents, servants, and employees of the United States (or any State or local law enforcement agency) acting in their individual or official capacities, from any and all claims which currently exist, or which may arise as a result of the government's action against the defendant property listed in this matter.

5. The United States agrees to return $10,500.00 to the Claimant as soon as practicable after a final order of forfeiture is entered, and the Claimant has provided to the United States the information necessary for the UFMS form required by the United States Marshals Service for electronic transfer of funds.

6. Claimant agrees not to contest or appeal the forfeiture of the $16,480.00 (including but not limited to any CAFRA defenses and any deadlines pursuant to 18 U.S.C. § 983), and the Parties agree that the $16,480.00 will be forfeited to the United States.

7. Claimant understands that the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3716, requires the Department of Treasury (and other officials) to offset Federal payments to collect delinquent non-tax debts owed to the United States. This act also authorizes past-due child support enforced by the states. Claimant understands that if he owes a debt to the United States (including but not limited to state enforced child-support), the Department of Treasury will apply any funds agreed to be returned to him to this debt first, and any remaining amount (if any) will be disbursed to Claimant.

8. The Claimant understands and agrees that by entering into this Settlement Agreement, he waives any rights to further litigate against the United States his interest in the forfeited property in this case, to petition for remission or mitigation of the forfeiture, and he hereby expressly withdraws any petition for remission of the seized funds in the above styled matter.

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

_____   Date: 8/10/2023
John M. Spires
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
Fax: (859) 233-2658
E-mail: john.spires@usdoj.gov
Phone: (859) 685-4830

_____   Date: 8-9-23
Antonio Streety, Claimant

_____   Date: 8-10-23
Anthony R. Cicero
CiceroAdams
500 East Fifth Street
Dayton, OH 45402
Phone: 937-424-5390
Fax: 937-424-5393
Email: tonycicero@gocicero.com
Attorney for Claimant Antonio Streety

3